

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Jose Juan Juarez, Appellant

No. 06-21-00081-CR     v.

The State of Texas, Appellee

Appeal from the 402nd District Court of Wood County, Texas (Tr. Ct. No. 240,070-2019). Memorandum Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Stevens participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of jurisdiction. Therefore, we dismiss the appeal.

We note that the appellant, Jose Juan Juarez, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED SEPTEMBER 16, 2021
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk